IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICK JORN,<br><br>           Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>           Defendant. | 8:18CV138<br><br>**ORDER** |

This matter is before the court on Plaintiff's motion for an additional continuance of the deadlines for responding to Defendant's Daubert Motions (Filing Nos. 31 and 33) and Motion for Summary Judgment (Filing No. 29).

On June 19, 2020, Plaintiff requested, and the court granted, an extension of his response deadlines. (Filing Nos. 36 and 37 (text order)). The current, extended deadline is July 7, 2020. On June 30, 2020, Plaintiff requested an additional continuance, stating he has unforeseen obligations "to cover preexisting [litigation] commitments" of a colleague who has fallen ill. (Filing No. 38 at CM/ECF p. 2). Plaintiff further indicates that the continuance is warranted because of a ruling in another toxic exposure FELA case, by another judge, on what Plaintiff views as related issues. (Id).

The court reminds Plaintiff's counsel that the desire to raise and address rulings in other FELA toxic exposure litigation currently pending in this forum is not a sufficient reason to continue Plaintiff's briefing deadlines. As Judge Bataillon, Judge Gerrard and the undersigned magistrate judge have each stated, the merits of dispositive and *Daubert* motions are determined on a case by case basis. A

continuance will not be granted merely to allow a party to discuss how another judge in this court applied the law to the facts presented in a different toxic exposure case.

However, the need to cover a legal colleague's responsibilities due to illness is a valid reason for requesting a continuance.

Accordingly,

IT IS ORDERED:

1) Plaintiff's Motion ([Filing No. 38](#)) is granted and Plaintiff's deadline for responding to Defendant's Daubert Motions and Motion for Summary Judgment is extended to July 10, 2020.

2) No additional continuance will be granted absent a substantial showing of good cause.

Dated this 1st day of July, 2020.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge