IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

In Re:

TOXIC EXPOSURE CASES (diesel fume exhaust and other alleged toxins against UNION PACIFIC RAILROAD COMPANY,

               Defendant.

**7:18-CV-5007**
**7:19-CV-5014**
**8:17-CV-0036**
**8:18-CV-0036**
**8:18-CV-0057**
**8:18-CV-0058**
**8:18-CV-0059**
**8:18-CV-0062**
**8:18-CV-0064**
**8:18-CV-0079**
**8:18-CV-0138**
**8:18-CV-0363**
**8:18-CV-0389**
**8:18-CV-0407**
**8:18-CV-0415**
**8:18-CV-0512**
**8:18-CV-0540**
**8:18-CV-0577**
**8:19-CV-0022**
**8:19-CV-0026**
**8:19-CV-0056**
**8:19-CV-0068**
**8:19-CV-0070**
**8:19-CV-0071**
**8:19-CV-0096**
**8:19-CV-0098**
**8:19-CV-0138**
**8:19-CV-0140**
**8:19-CV-0159**
**8:19-CV-0166**
**8:19-CV-0174**
**8:19-CV-0236**
**8:19-CV-0285**
**8:19-CV-0286**
**8:19-CV-0292**
**8:19-CV-0380**
**8:19-CV-0382**
**8:19-CV-0389**

**8:19-CV-0428
8:19-CV-0458
8:19-CV-0463
8:19-CV-0464
8:19-CV-0498
8:19-CV-0523
8:19-CV-0525
8:19-CV-0533
8:20-CV-0006
8:20-CV-0217
8:20-CV-0261
8:20-CV-0291
8:20-CV-0292
8:20-CV-0298
8:20-CV-0309
8:20-CV-0318
8:20-CV-0319
8:20-CV-0335
8:20-CV-0366**

**ORDER**

IT IS ORDERED that the email motion to withdraw by the attorneys of Lamson, Dugan & Murray, LLP, as counsel of record for Defendant Union Pacific Railroad Company in each of the listed cases is granted. The attorneys of Lamson, Dugan & Murray, LLP shall no longer receive electronic notice in these cases and are effectively withdrawn.

Change of counsel is not a justification for any continuances of progression orders in any of the listed cases.

December 31, 2020

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge